

# Filing Accepted

Envelope Number: 8718686
Case Number: 21-C-05767-S4
Case Style: VANDERVENVSTJX COPMANIES INC et al

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| Court | Gwinnett County - State Court |
| Case Number | 21-C-05767-S4 |
| Case Style | VANDERVENVSTJX COPMANIES INC et al |
| Date/Time Submitted | 12/1/2021 2:57 PM EST |
| Date/Time Accepted | 12/1/2021 3:11 PM EST |
| Accepted Comments | |
| Filing Type | ORDER |
| Filing Description | Order of Remand from U.S. District Court for the Northern District of Georgia |
| Activity Requested | EFile |
| Filed By | Charlotte Diggs |
| Filing Attorney | Kevin Weimer |

| Document Details | |
|---|---|
| Lead Document | 21cv3876 Remand Order (certified).pdf |
| Lead Document Page Count | 3 |
| File Stamped Copy | Download Document |
| | This link is active for 45 days. |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.